## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. POLZER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 19-57 |
| | ) | |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| DEREK OBERLANDER, *Superintendent of* | ) | Re: ECF No. 3 |
| *SCI-Forest,* JOSH SHAPIRO, *The Attorney* | ) | |
| *General of the State of Pennsylvania,* | ) | |
| STEPHEN A. ZAPPALA, *District Attorney of* | ) | |
| *Allegheny County,* | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

AND NOW, this 5th day of November, 2025, for the reasons stated in the Memorandum

Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and

DECREED that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a

person in State Custody, ECF No. 3 is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal

within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk

of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA

15219. Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir.

1

L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the

Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).


BY THE COURT,

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE


cc:    Robert D. Polzer
       KC-5409
       SCI Greene
       169 Progress Drive
       Waynesburg, PA 15370


       All counsel of record (*via* CM/ECF)